UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MORRIS BROWN,

        Plaintiff,

                                  Case No. 11-10128

v.

                                  Honorable Patrick J. Duggan

MICHIGAN PAROLE AND
COMMUTATION BOARD,

        Defendant.
_____/

## JUDGMENT

On January 10, 2011, Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983, challenging the Michigan Parole and Commutation Board's revocation of his parole. On this date, the Court entered an Opinion and Order holding that Plaintiff is not entitled to relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's action is **DISMISSED WITH PREJUDICE**.

Date: February 25, 2011                    s/PATRICK J. DUGGAN
                                                  UNITED STATES DISTRICT JUDGE

Copies to:

Morris Brown
13911 Northfield
Oak Park, MI 48237